194 U.S. 627
 24 S.Ct. 855
 48 L.Ed. 1157
 CHARLES L. RAWSON et al., Petitioners,
v.
WESTERN SAND BLAST COMPANY et al.
 No. 168.
 Supreme Court of the United States
 April 11, 1904
 
 Messrs. James H. Raymond and Otto R. Barnett for petitioners.
 Mr. John W. Munday for respondents.
 
 
 1
 Decree affirmed, with costs, by a divided court, and cause remanded manded to the circuit court of the United States for the northern district of Illinois. Announced by Mr. Justice Harlan. Mr. Chief Justice Fuller did not sit in this case or take any part in its decision.